BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THAI ZE XIONG**<br>**xxx-xx-8327**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>    **Defendant.** | Case No.  CIV-07-2289 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the motion for summary judgment in this case is hereby extended from February 27, 2008, to March 21, 2008. This is plaintiff's first extension and is required due to plaintiff's counsel's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: February 25, 2008 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 26, 2008 | McGregor W. Scott |
| | United States Attorney |
| | /s/ *Amita Tracy*<br>AMITA TRACY |
| | Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  February 27, 2008.

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2