1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THAI ZE XIONG**<br>**xxx-xx-8327**<br><br>           **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>           **Defendant.** | Case No.  CIV-07-2289 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 21, 2008, to March 25, 2008.  This extension is required due to plaintiff's counsel's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: March 1, 2008 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: March 1, 2008 | McGregor W. Scott |
| 6 | | |
| 7 | | United States Attorney |
| 8 | | /s/ *Amita Tracy*<br>AMITA TRACY |
| 9 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 10 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 24, 2008.

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE